AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DENNIS PATRICK HUNT**<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)         20-029-SMM<br>)<br>) |

FILED BY ____CGA____ D.C.
May 14, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 11/11/2019 and 3/24/2020  in the county of       St. Lucie       in the
    Southern    District of       Florida      , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt or distribution of child pornography |
| 18 U.S.C. § 2252(a)(4) | Possession of child pornography |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Brian Ray
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:    05/14/2020    _____
*Judge's signature*

City and state:       Fort Pierce, Florida        Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

### Affidavit of Brian Ray
### Special Agent, Homeland Security Investigations

I, Brian Ray, after being duly sworn, depose and state:

1. I am a Special Agent (SA) employed by Homeland Security Investigations (HSI), having been so employed since March 2003. From 2001 to 2003, I was employed by the U.S. Customs Service as a Special Agent. From 1994 to 2001, I was employed as a deputy sheriff in Florida. From 1985 to 1994, I served as a U.S. Air Force Security Policeman. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search and arrest warrants. I have received formal training on the aforementioned investigations at the Federal Law Enforcement Training Center, HSI Cyber Crimes Center and at Internet Crimes Against Children Conferences.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, *et seq*.

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children since 2002. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery courses. I have completed Mobile and Cellular Device Data Extraction and Analysis Training, provided by the HSI Cyber Crimes Center. I am currently assigned as an HSI computer forensic examiner. While conducting investigations, I have observed and reviewed examples of child pornography. I have assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, Dennis Patrick HUNT. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Dennis Patrick HUNT violated 18 U.S.C. §§ 2252(a)(2), receipt or distribution of child pornography, and 2252(a)(4), possession of child pornography.

5. On October 17, 2019, Palm Beach County Sheriff's Office (PBSO) Detective Kelli White served a child pornography search warrant on the email account of R.V., based on a May 30, 2019, CyberTip. In that CyberTip, Yahoo reported two suspected child exploitation images to the National Center for Missing and Exploited Children (NCMEC). Yahoo terminated R.V.'s account concurrently with providing the information to NCMEC. The warrant sought content in the account from April and May 2019. On November 13, 2019, PBSO received the records sought by the search warrant. Included in the records were emails exchanged between R.V. and hdhhunt@gmail.com, later identified as Dennis Patrick HUNT.

6. There were eleven (11) stored emails between R.V. and hdhhunt@gmail.com, dated between April 2, 2019, and April 28, 2019. All but one of these emails were sexual in nature. Detective White located a message string dated April 5, 2019, at 9:00 PM. The message string in chronological order, including misspellings, reads:

    --------Original message--------
    From: Dennis Hunt <hdhhunt@gmail.com>
    Date: 4/5/19 6:47 PM
    To: [R.V.'s email account]
    Subject: [Blank]

2

Ok, one of those deserved a reply, lol

On Friday, April 5, 2019, [R.V.'s email account]wrote:

Just saw them. U really want to grab a teen boy and abiuse him dontbya

--------Original message--------

From: Dennis Hunt <hdhhunt@gmail.com>

Date: 4/5/19 8:54 PM

To: [R.V.'s email account]

Subject: Re:

Younger than teen if possible. I want to split a little side open

From: [R.V.'s email account]

Date: 4/5/19 9:00 PM

To: Dennis Hunt <hdhhunt@gmail.com>

Subject: Re:

Im thinking around 10. Gets hard can cum but ass is as tight as a tree knot

7. On April 26, 2019, HUNT sent R.V. a series of five emails, each containing one image of post-pubescent males engaged in sexually explicit conduct. The five images contained one of the two images reported to NCMEC by Yahoo. HUNT then sent an email saying, "Nothing from you in over two weeks, should I stop". R.V. replied at 9:26 PM, with an email saying, "Been crazy down in Miami for a week. This is what I want," with an attached child pornography image depicting oral sex being performed on a pre-pubescent male. This image was the second of the two images reported to the NCMEC by Yahoo.

8. On December 5, 2019, Detective White served a search warrant at the residence of R.V. In a post-Miranda interview with Detective White, R.V. initially denied knowing the identity of hdhhunt@gmail.com. After being confronted with the content of his emails, R.V. acknowledged sending and receiving the HUNT emails, including the child pornography sent by R.V. on April 26,

3

2019. R.V. admitted that he has known HUNT for about 20 years and referred to him as "Pat HUNT" of Port St. Lucie, Florida. After the interview was concluded, R.V. was arrested for possession of child pornography.

9. Detective White reviewed R.V.'s cell phone and located a contact for Pat HUNT, with a telephone number of 772-359-███ and an email address of hdhhunt@gmail.com. Detective White checked the Florida Driver License database and located a Dennis Patrick HUNT with a residential address of 853 SE Preston Lane, Port St. Lucie, Florida, 34983. Detective White served a subpoena to the phone number's carrier, Verizon Wireless. The response from Verizon identified the subscriber as Dennis HUNT, 853 SE Preston Lane, Port St. Lucie, Florida, 34983, with an email address of pega63@gmail.com.

10. On December 13, 2019, Detective White served a subpoena on Google for subscriber data related to hdhhunt@gmail.com. The response from Google listed the subscriber as Dennis HUNT, and provided login IP addresses from April 3, 2019, through November 27, 2019. I checked the list of login IP addresses against the American Registry for Internet Numbers database, which identified all login IP addresses as belonging to either Verizon Wireless or AT&T Internet Services.

11. Detective White requested a wage and hour check be conducted, which revealed HUNT is employed by the State of Florida. I ran a search for Dennis HUNT on the public database located at https://salaries.myflorida.com. The search revealed there is only one employee with that name in the database. The database listed Dennis Patrick HUNT as a full-time employee of the Department of Juvenile Justice. The "Budget Entity" was listed as Detention Centers. I looked up the website for the St. Lucie Regional Juvenile Detention Center (http://www.djj.state.fl.us/programs-facilities/detention-centers) and noted Dennis HUNT is listed as an Assistant Superintendent.

12. Detective White forwarded case information to the Port St. Lucie Police Department (PSLPD) for follow-up investigation. On January 9, 2020, Detective Brian Boice, PSLPD, served subpoenas on AT&T and Verizon for IP addresses used to access hdhhunt@gmail.com. Both service

providers identified Dennis HUNT of 853 SE Preston Lane, Port St. Lucie, Florida, as the subscriber.

13. The AT&T subpoena response indicated the Internet service address is 853 SE Preston Lane, Port St. Lucie, Florida. I compared AT&T historical IP address information to Google login data which revealed the service provided at 853 SE Preston Lane, Port St. Lucie, Florida, was used to login to hdhhunt@gmail.com 46 out of 66 times between April 5, 2019, and November 21, 2019, including the logins that occurred immediately before and after child pornography was transmitted to the account.

14. On January 28, 2020, Detective Boice served a search warrant on Google for the hdhhunt@gmail.com account. On January 30, 2020, Google provided data sought by the search warrant which indicated there have been no logins to the account since November 27, 2019. The recovery email was listed as pega63@gmail.com. There were only 24 emails in the account, 18 of which were identified in the emails as being between Dennis HUNT and ▮▮▮ A search of St. Lucie County records revealed Dennis HUNT ▮▮▮▮▮▮ in 2006.

15. On March 19, 2020, I obtained a federal search warrant for 853 SE Preston Lane, Port St. Lucie, Florida, which I executed on March 24, 2020. Dennis Patrick HUNT was home when the warrant was executed and elected to remain at the residence after being advised that he was not under arrest and was free to leave. HUNT participated in a consensual interview and stated the following:
   a) He has been employed by the Florida Department of Juvenile Justice for 12 years. He is currently on Family Medical Leave due to getting cancer radiation treatments. He worked with R.V. years ago and was friends up until 2006. He was aware R.V. was arrested but didn't think much about it since they hadn't "been that tight for a long time." His most recent contact with R.V. was a text message about a year ago. They typically talked about their employment since they didn't have much of a personal connection anymore. He usually communicated with R.V. using a Samsung Galaxy smartphone, sometimes via regular texts, and sometimes using WhatsApp. He traded in the Samsung Galaxy phone for his current Google Pixel 3 smartphone. hdhhunt@gmail.com is his ▮▮▮ address and he has not used the

5

address.

b) It had been years since HUNT exchanged pictures with R.V. While chatting with R.V., if R.V. started talking about children, he would steer R.V. away from the topic. He was not aware of R.V.'s interest in boys and he is not interested in boys. He had fantasy conversations with R.V. about having sexual encounters with men. When shown Google subscriber information, he admitted he used the hdhhunt@gmail.com address to communicate with R.V., usually fantasy talk. If R.V. sent him child pornography, he would have deleted the images. If R.V. sent him child pornography, he had a duty to report the images. R.V. sent him images that, in hindsight, he should have reported. His phone number is 772-359-▮▮▮▮. When shown the email exchange from April 5, 2019, he recalled the "fantasy talk." Any underage images he got were from R.V. The youngest child pornography image he received from R.V. was of a 10 or 11-year-old. He estimated receiving 10 to 12 child pornography images from R.V. over the last three years.

16. During the execution of the search warrant, agents seized digital devices and media. One such device was a Samsung Galaxy S7 smartphone, which was located inside a bag on the top shelf of the master bedroom closet. I conducted a forensic examination of the smartphone, locating at least 30 child pornography images in thumbnail cache locations. These are locations used to provide the user with a graphic representation of the contents of a file. These thumbnail images represent other images that were stored in other parts of the phone, including a photo application called "QuickPics."

17. The images, dated from May 2018 through January 2019, included depictions of preteen children engaged in vaginal intercourse, anal intercourse and performing oral sex on adult males. Based on my digital forensics training and experience, many of the child pornography images were downloaded from the WhatsApp application. The smartphone also contained nude images of HUNT masturbating into and licking ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ underwear. Additionally, there were images of HUNT, in uniform, exposing his penis in the lobby bathroom of the St. Lucie Regional Juvenile Detention Center.

6

18. On April 24, 2020, I obtained a copy of a WhatsApp chat recovered from R.V.'s smartphone by PBSO. The chat was dated from August 22, 2019, to November 27, 2019. The chat identified the participants as R.V. and Pat HUNT. In the below exchange from the recovered chat, HUNT discusses his desire to engage in sexual activity with ▮▮▮▮▮▮▮▮▮▮▮▮:



> 11/10/19, 11:11 AM - [R.V.]: The other weekend i was jerking off thinking about u having ▮▮▮▮▮▮▮▮▮▮ in the pool like u said and picturing u forcing her little mouth dooen on ur cock as u held her upside down eatung her little pussy
> 11/10/19, 11:11 AM - Pat Hunt: Oh man that sounds good. Saw her for a little bit yesterday and her tits are getting fuller
> 11/10/19, 11:13 AM - [R.V.]: Did u get to feel her up? Did she let u still
> 11/10/19, 11:28 AM - Pat Hunt: No, too many people, it was a birthday party
> 11/10/19, 11:28 AM - [R.V.]: Damn u have to get her before she gets to old and doesnt want to hang out with u anymore
> 11/10/19, 11:34 AM - Pat Hunt: I know, ▮▮▮▮▮▮▮ has just started growing boobs too, they are so pointy
> 11/10/19, 11:35 AM - [R.V.]: U shoukd start playing with those too see how she reacts
> 11/10/19, 11:36 AM - Pat Hunt: She has never flirted like ▮▮▮▮▮▮▮▮▮▮, but I will try

Both of ▮▮▮▮▮▮▮▮▮▮, mentioned above, were forensically interviewed and neither disclosed any knowledge of inappropriate contact by HUNT.

19. The recovered WhatsApp chat revealed that on November 11, 2019, R.V. sent HUNT a series of images, including at least six images of minors engaged in sexually explicit conduct. Based on the chat, HUNT was at work (the St. Lucie Regional Juvenile Detention Center) when he received the images. Prior to transmitting the images, R.V. and HUNT engaged in the following security measure before R.V. sent images to HUNT:

7

11/11/19, 10:07 AM - [R.V.]: I have some pics i can send if ur gonna be on for a while

11/11/19, 10:08 AM - Pat Hunt: I will be here, I am the only administrator on duty today. Just plan on chilling and playing, lol

11/11/19, 10:08 AM - [R.V.]: Sweet ill set the pics to transfer in a bit

11/11/19, 10:09 AM - Pat Hunt: [Unidentified Emoji]

11/11/19, 10:49 AM - [R.V.]: U ready for a few

11/11/19, 10:58 AM - Pat Hunt: Yes, sorry just got a little tied up, I am good now

11/11/19, 10:59 AM - [R.V.]: Quick question when we moved mo mom down to florida what did we break of hers the second morning of the move.

11/11/19, 10:59 AM - Pat Hunt: Her glass coin jar

11/11/19, 11:00 AM - [R.V.]: Good man. Cant be to careful lol

11/11/19, 11:00 AM - Pat Hunt: No lie

20. The following is an example of one of the images sent and HUNT's following comments:

11/11/19, 11:01 AM - [R.V.]: qrrpcn-k9ngnptoey-o.jpg – [image of a preteen female in a seductive pose wearing see-through underwear, with her vagina visible through the underwear]

11/11/19, 11:01 AM - Pat Hunt: Those are sweet

11/11/19, 11:01 AM - Pat Hunt: Such a tiny tit

21. Shortly after the above image was received by HUNT, the following exchange occurred:

11/11/19, 11:02 AM - [R.V.]: How many u want

11/11/19, 11:02 AM - Pat Hunt: Damn, guess you found a new place, lol

11/11/19, 11:02 AM - [R.V.]: Digging lol

11/11/19, 11:03 AM - Pat Hunt: I will take whatever you can give, been jerking to the same old stuff

8

22. Based on the forgoing, your affiant believes that probable cause exists to arrest Dennis Patrick HUNT for violations of 18 U.S.C. §§ 2252(a)(2), receipt or distribution of child pornography, and 2252(a)(4), possession of child pornography.

Further, your affiant sayeth naught.

Brian Ray
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, by video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this 14th day of May, 2020.

Shaniek M. Maynard
United States Magistrate Judge

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-029-SMM

UNITED STATES OF AMERICA

v.

DENNIS PATRICK HUNT,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: /s/ Justin L. Hoover
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   92450
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:   772-466-0899
Fax:   772-466-1020
Email:   Justin.Hoover@usdoj.gov